## Betcher, Appellant, *v.* Betcher.

Argued November 15, 1966. *John W. Cost,* for appellant; *Samuel N. Goldman,* for appellee.

PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the

opinion that the court below properly refused a decree in divorce in this case.